IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HSUE TUNG
    Plaintiff

v.    CIVIL ACTION # : AW-07-339

CONCORDE TRADING GROUP, INC,
GEORGE ANTHONY LEDO
    Defendants

"" Motion to Enforce the U.S. CFTC Judgment Award
By Federal District Court ""

HSUE TUNG, Plaintiff in receiving the "Order" dated March 13, 2007 of the Honorable Judge Alexander Williams, Jr, herwith enter to clarify
and respectfully seek the Honorable Court's assistance to complete for Enforcement of the CFTC Award described in the previous Motion.

Attached is a copy statement (which was submitted in Feb.8, 2007.) instructed by Tempest S. Thomas, Prodeedings Clerk of U.S. CFTC.
To furher clarify, the statement described that " If the complainant
wants to collect the award and the respondent refuses to pay, the winning party may request a certified decision package from the Office
of Proceedings which must be taken to federal district court for enforcement of the award as provided by Section 14(d) of the Commodity
Exchange Act.

Therefore, HSUE TUNG's previous Motion was not a nature of "Complain"
but seeked the Honorable Court to proceed the Enforcement of CFTC Judgment Award.

The relief I want the Court to order is:

    1. Judgment Award of $3,390 plus prejudgment interest compounded
        annually at the rate of 4.97% from March 7, 2001 to the d

ate
   of payment.
2. CFTC filling fees of $125 plus $50.
3. 15% of Attorney service and collection fees
4. U.S. District Court filing fees of $350 if required to be reimbersed.

   Respectfully Submitted

   *Hsue Tung*
   Hsue Tung
   March 16, 2007
   11-E Laurel Hill Rd
   Greenbelt, Md 20770
   (H) 301 345-5713

Attached: 1 page
& Certified Decision Package again