IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | |
|---|---|
| HSUE TUNG | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Case No. AW 07-339 |
| | : |
| CONCORDE TRADING GROUP, INC. | : |
| GEORGE ANTHONY LEDO | : |
| | : |
|     Defendants. | : |

ORDER ENTERING REPARATION AWARD OF THE
U.S. COMMODITY FUTURES TRADING COMMISSION
AS A FINAL JUDGMENT

Plaintiff, Hsue Tung, has filed a certified copy of a reparation order of the U.S. Commodity Futures Trading Commission entered on September 27, 2006 against the Defendants, Concorde Trading Group, Inc. and George Anthony Ledo, in the amount of $3,390.00, plus prejudgment interest compounded annually at the rate of 4.97% from March 7, 2001.  The time for appeal has expired and no appeal has been taken.  Therefore, pursuant to 7 U.S.C. § 18(d), the Court will enter a final judgment against Concorde Trading Group, Inc. and George Anthony Ledo and in favor of Hsue Tung in the amount of $3,390.00, plus prejudgment interest compounded annually at the rate of 4.97% from March 7, 2001.

The Clerk is instructed to **CLOSE** this case.


Date: March 20, 2007                                                     /s/
                                                                            ALEXANDER WILLIAMS, JR.
                                                                            United States District Judge